WELBY MOORE V. THE STATE.

No. 18921.   Delivered April 7, 1937.
Appeal Reinstated April 28, 1937.

The opinion states the case.

*Martin & Allred,* of Hillsboro, and *E. T. Adams,* of Glen Rose, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is theft; the punishment, confinement in the penitentiary for five years.

No judgment of conviction is brought forward. Hence this court is without jurisdiction to entertain the appeal.

The appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

ON THE MERITS.

CHRISTIAN, JUDGE.—A proper judgment has been brought forward in a supplemental transcript. Hence the appeal is reinstated.

The record is before us without bills of exception or statement of facts. There appears in the supplemental transcript an affidavit filed in the trial court setting up the inability of

appellant to pay for a statement of facts, and requesting that the court order one prepared for him. There is nothing to show that said affidavit was called to the attention of the trial judge. It follows that a reversal of the judgment on the ground that appellant has been deprived of a statement of facts would not be warranted. Fuller v. State, 264 S. W., 953; Beddingfield v. State, 93 S. W. (2d) 738.

The judgment is affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.